IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                           Plaintiff,     )<br>                                                      )<br>         vs.                                      )<br>                                                      )<br>SIMON OTERO,                          )<br>                                                      )<br>                                                      )<br>                           Defendant.  ) | 4:04CR3152<br><br>ORDER OF DISMISSAL |

On motion of the government, filing 55, and pursuant to a plea agreement in the case captioned *United States v. Simon Otero*, 4:04CR3157, Counts 2 and 3 of the Superseding Indictment are hereby dismissed.

July 5, 2005.                                                         BY THE COURT:

                                                                              s/ *Richard G. Kopf*
                                                                              United States District Judge