IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | 4:04cr3152 |
| ) | |
| v. ) | |
| ) | |
| SIMON OTERO, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

The Clerk's Office has requested that Document Number 57 be stricken from the record for the following reason(s):

- No Notice of Electronic Filing attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 57 from the record. The party is directed to re-file the document.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge